UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LINDA BRIDGERS SANDERS-CHAMPION, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **JUDGMENT** |
|  | ) | |
|  | ) | No. 5:09-CV-545-FL |
|  | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's motion to remand.

Where said motion for remand is not opposed, **IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 6, 2010, that defendant's decision is reversed and this action is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on July 8, 2010, and Copies To:**

Frederick W. Fleming (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


July 8, 2010                    DENNIS P. IAVARONE, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk