IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09 CV 00545

| | |
|---|---|
| LINDA SANDERS-CHAMPION<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>Plaintiff)<br>)<br>)   ORDER<br>)<br>)<br>)<br>Defendant) |

This action being submitted to the Court for entry of a Consent Order pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412(d) and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $2,358.00 for attorney fees (19.65 hours at $120 per hour), in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA).

It is therefore ORDERED that the Commissioner of Social Security pay to plaintiff, the sum of $2,358.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. §2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This 19th day of July, 2010.

_____
United States District Judge